```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
RACHEL MEYERS,                                               :
                                                             :
                              Plaintiff,                     :
                                                             :
                -against-                                    :
                                                             :
PORT AUTHORITY OF TRANS HUDSON                               :
(PATH), et al.,                                              :
                                                             :
                              Defendants.                    :
                                                             :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/30/2021

20-CV-9645 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

I am in receipt of the motion to partially dismiss Plaintiff's First Amended Complaint filed by Defendants PATH, Port Authority of New York and New Jersey, Millard Corbett, Moyaah Phillips, David Volk, and Raishea Haynes pursuant to Federal Rule of Civil Procedure 16(b)(2). (Doc. 36–37.) Defendants have not filed an affidavit of service indicating that they served the pro se Plaintiff. Accordingly, it is hereby:

ORDERED that Defendants shall file an affidavit of service indicating that they served Plaintiff with their motion to dismiss and all accompanying materials, including the memorandum of law in support.

IT IS FURTHER ORDERED that Plaintiff shall submit any opposition to Defendants' motion to dismiss 21 days after Defendants file this affidavit of service.

IT IS FURTHER ORDERED that Defendants shall file any reply memorandum of law in support of their motion to dismiss within 14 days of Plaintiff filing her opposition.

The Clerk's office is directed to mail a copy of this Order to the pro se Plaintiff.

SO ORDERED.

Dated: April 30, 2021
     New York, New York

                                          Vernon S. Broderick
                                          United States District Judge