UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RACHEL MEYERS,<br><br>                    Plaintiff,<br><br>          -against-<br><br>PORT AUTHORITY OF TRANS HUDSON et al.,<br><br>                    Defendants. | 20-CV-9645 (VSB)<br><br>**ORDER** |

<u>VERNON S. BRODERICK, United States District Judge</u>:

On October 9, 2023, I referred this matter to the Court-annexed Mediation Program. (Doc. 66.)

IT IS ORDERED that the Clerk of Court will attempt to locate *pro bono* counsel to represent *pro se* Plaintiff at the mediation. *Pro bono* counsel will contact Plaintiff directly. The time to assign a mediator under Local Civil Rule 83.9 and the Court's Mediation Program Procedures will be deferred until *pro bono* counsel has filed a Notice of Limited Appearance of Pro Bono Counsel. *Pro bono* counsel will represent Plaintiff solely for purposes of the mediation, and that representation will terminate at the conclusion of the mediation process.

IT IS FURTHER ORDERED that any objection by Plaintiff either to the mediation or to the Court's request for *pro bono* counsel to represent Plaintiff in the mediation must be filed within 14 days of this order.

SO ORDERED.

Dated:   October 10, 2023
         New York, New York

*[signature: Vernon Broderick]*
_____
VERNON S. BRODERICK
United States District Judge