```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
   RACHEL MEYERS,                                           :
                                                            :
                              Plaintiff                     :
                                                            :          20-CV-9645 (VSB)
                      -against-                             :
                                                            :               ORDER
   PORT AUTHORITY OF NY/NJ, et. al.,                        :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

      I held a telephonic conference on April 19, 2024 at 11:00 AM to discuss Defendants' letter motion requesting that I issue an order compelling pro se Plaintiff to appear for a deposition on May 14, 2024.  (Doc. 78.)  During the conference, Plaintiff informed me that she had sent the Pro Se Office a letter on April 18, 2024, which I have not yet received.  Plaintiff also relayed a discussion with the NYLAG Legal Clinic for Pro Se Litigants regarding the potential limited scope representation of an attorney.  In accordance with my comments during the conference, it is hereby:

      ORDERED Plaintiff's deposition is scheduled for June 6, 2024.  To the extent an attorney agrees to represent Plaintiff on a limited scope basis, the parties are ordered to meet and confer and to inform me within seven (7) days of that attorney's notice of appearance as to any scheduling conflicts with regard to the June 6 deposition.

      IT IS FURTHER ORDERED that Plaintiff email a copy of the letter sent on April 18, 2024 to Defense Counsel.

2

      IT IS FURTHER ORDERED that the parties file an amended case management plan and scheduling order on or before May 3, 2024.

SO ORDERED.

Dated:   April 19, 2024
          New York, New York

_____
Vernon S. Broderick
United States District Judge