UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
                                                         :
RACHEL MEYERS,                                           :
                                                         :
                              Plaintiff                  :
                                                         :                 20-CV-9645 (VSB)
                  -against-                              :
                                                         :                 **ORDER**
PORT AUTHORITY OF NY/NJ, et. al.,                        :
                                                         :
                              Defendants.                :
                                                         :
-------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

      I held a telephonic conference in this matter April 19, 2024 at 11:00 AM.  After that conference, I issued an Order directing the parties to file an amended case management plan and scheduling order on or before May 3, 2024.  (Doc. 82.)  To date, the parties have not done so.  It is hereby:

      ORDERED that the parties file the amended case management plan and scheduling order on or before May 15, 2024.

      IT IS FURTHER ORDERED that counsel for Defendants are directed to send a copy of this Order by email to the pro se Plaintiff.

SO ORDERED.

Dated:   May 8, 2024
              New York, New York

                                                Vernon S. Broderick
                                                United States District Judge