```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/03/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RACHEL MEYERS,

            Plaintiff,

-against-

PORT AUTHORITY OF TRANS HUDSON (PATH), et al,

            Defendants.

**ORDER SCHEDULING DISCOVERY CONFERENCE**

1:20-CV-9645 (VSB)(KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

This case has been referred to me for general pretrial supervision purposes (Doc. No. 102). A Discovery Conference in this matter will be held on **Thursday, January 2, 2025 at 10:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York to address the parties' outstanding discovery disputes.

**The Clerk of Court is directed to mail a copy of this order to the Plaintiff.**

SO ORDERED.

Dated:   December 3, 2024
           New York, New York

*Katharine H Parker*

KATHARINE H. PARKER
United States Magistrate Judge