USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/2/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RACHEL MEYERS,

                Plaintiff,

-against-

PORT AUTHORITY OF TRANS HUDSON (PATH), et al,

                Defendants.

**POST-CONFERENCE ORDER**

**20-CV-9645 (VSB) (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

On January 2, 2025, the parties appeared before the undersigned for a Case Management Conference. As discussed during the conference and set forth below, the parties shall do as follows:

- **By January 16, 2025**, Defendants shall produce or reproduce to Plaintiff her paystubs in full, W-2(s), complete trainee assessments for the trainees in Plaintiff's class, PATH's Equal Employment Opportunity Standards, and copies of the United States District and Circuit Court opinions involving the PATH instructor/supervisor referenced during the conference. **By January 16, 2025**, Plaintiff shall supplement her document production to Defendants to the extent she has located other documents that she failed to produce within the discovery deadline or just realized she inadvertently failed to produce previously. All other discovery requests by Plaintiff are DENIED for the reasons discussed on the record. Apart from the exchange of documents referenced above, discovery is closed.

- Defendants' Motion for Summary Judgment is due **by February 20, 2025** and, consistent with the Local Rule 7.1, shall not exceed 25 pages/8,750 words.  Plaintiff's Opposition and, if she chooses to cross move, Cross-Motion, are due **by April 3, 2025.**  The memorandum in opposition and, if applicable, in support of the cross-motion shall not exceed 25 pages/8,750 words.  Defendants' Reply is due **by May 1, 2025** and should be no longer than 10 pages/3,500 words; however, if Plaintiff files a Cross-Motion, Defendants' Reply and Opposition is due **by May 1, 2025** and should be no longer than 25 pages/8,750 words.  If Plaintiff files a Cross-Motion, she is entitled to file a Reply in support of that motion, which shall be due **by May 29, 2025** and should be no longer than 10 pages/3,500 words.

- The parties are directed to the transcript of today's conference for further directions from the Court.

**This Order resolves all remaining discovery issues.  The Clerk of Court is directed to mail a copy of this order to Plaintiff.**

**SO ORDERED.**

Dated:   January 2, 2025
         New York, New York

*Katharine H Parker*

———————————————
KATHARINE H. PARKER
United States Magistrate Judge