UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/3/2026

RACHEL MEYERS,

Plaintiff,

-against-

PORT AUTHORITY OF TRANS HUDSON (PATH), et al,

Defendants.

**ORDER**

**1:20-CV-9645 (VSB)(KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

On July 31, 2026, Defendants Port Authority Trans Hudson and Port Authority of New York and New Jersey (collectively, the "Port Authority Defendants"), filed a letter seeking permission for Kyle Costa, Esq. and Matthew Malysa, Esq. to withdraw as counsel of record for the Port Authority Defendants. Thomas Brophy, Esq. of the Port Authority Law Department, who filed the instant request, has already noticed an appearance in this action and as represented that he will continue to be the counsel of record for the Port Authority Defendants.

The Court finds the motion to withdraw has been filed in substantial compliance with Local Rule 1.4(b). Where, as here, "another attorney from the same firm, agency, or organization has already entered a notice of appearance on behalf of the client and will remain in the case," an affidavit is not required. L.R. 1.4(b)(1). Accordingly, the request is GRANTED.

The parties are reminded that this case has been referred to the undersigned for general pretrial supervision. (ECF No. 102) Such a referral encapsulates non-dispositive pretrial motions including motions to withdraw as counsel. In the future, letters of this type and other

filings related to discovery, scheduling, and pre-trial matters should be addressed to the undersigned.

**The Clerk of Court is directed to mail a copy of this order to the Plaintiff.**

SO ORDERED.

Dated: August 3, 2026
New York, New York

Katharine H Parker

KATHARINE H. PARKER
United States Magistrate Judge